**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

April 26, 2010

**No. 09-4140**

KWAME DWUMAAH, Petitioner

v.

ATTORNEY GENERAL OF THE
UNITED STATES, Respondent
(Agency No. A075-462-772)

**Present:     RENDELL, HARDIMAN and ALDISERT, Circuit Judges.**

Motion by Respondent to Publish Opinion filed April 12, 2010.

_/s/ Anthony Infante_
Anthony Infante/arl
Case Manager      267-299-4916

**O R D E R**

**The foregoing Motion is GRANTED.**

**By the Court,**

**/s/ Thomas M.  Hardiman**
**Circuit Judge**

**Dated:** 29 June 2010